**Greg MUNGER, Appellant,**

v.

**DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS and L. Johnson, Division Deputy State of Missouri, Respondents.**

**No. WD 73347.**

Missouri Court of Appeals, Western District.

April 19, 2011.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 31, 2011.

Gregg Munger, Appellant pro se, Marthasville, MO, for appellant.

Denise G. McElvein, St. Louis, MO, for respondent.

Before Division Four: LISA WHITE HARDWICK, Chief Judge, Presiding, KAREN KING MITCHELL, Judge, and BRENT POWELL, Special Judge.

**ORDER**

PER CURIAM.

Greg Munger appeals the dismissal of his civil action against a State agency and a State employee on grounds of failure to state a claim and the doctrines of sovereign and official immunity. For reasons explained in a Memorandum provided to

the parties, we find no error and affirm the judgment of dismissal.

AFFIRMED. Rule 84.16(b).